United States District Court
Southern District of Texas
**ENTERED**
April 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:20-CR-1443 |
| | § | |
| JAMES RAYMOND MORGAN | § | |

## ORDER

Before the Court is the Government's Motion for Review and Revocation of Order of Release Pursuant to Title 18, United States Code, Section 3145(a)(1). (D.E. 22). Having reviewed and considered the motion, the response, the transcripts of the hearings before the Magistrate Judge on February 10 and March 16, 2021, and the Pretrial Services Report, the Court GRANTS the Government's motion and revokes the Magistrate Judge's order of release.

The Court finds Defendant is a risk of nonappearance because of serious substance abuse issues, the nature and extent of the prior criminal history, and the nature of the offense charged. The Court has specifically considered the circumstances surrounding the offense charged which involved a shooting.

The Court finds Defendant is a danger to the community based on the nature of the offense and the criminal history. The Court finds there are no conditions or combination of conditions which would reasonably assure Defendant's appearance and/or the safety of the community so Defendant is ordered detained.

ORDERED this 19th day of April, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE